**DENIED and Opinion Filed December 12, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-01439-CR

## IN RE JERALD MATHEW CARTEE, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-83836-2019**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Kennedy

Before the Court is relator Jerald Mathew Cartee's petition for writ of mandamus, filed December 9, 2024. Relator seeks an order compelling the Collin County District Clerk to file relator's motion styled "Defendant's Motion for Reproduction of Documents."

The petition does not comply with the requirements of Rules of Appellate Procedure 52.3 and 52.7. *See* TEX. R. APP. P. 52.3, 52.7. "Because relator has failed to comply with the requirements of rule 52, he has failed to show he is entitled to mandamus relief." *In re Mendez¸* 523 S.W.3d 164, 165 (Tex. App.—Dallas 2016, orig. proceeding). Moreover, this Court cannot issue a writ of mandamus against

the Collin County District Clerk unless necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *In re Potts*, 357 S.W.3d 766, 768 (Tex. App.—Houston [14th Dist.] 2011, orig. proceeding). Relator has not shown that granting the petition is necessary to enforce our jurisdiction.

We deny relator's petition for writ of mandamus.

/Nancy E. Kennedy/

NANCY KENNEDY
JUSTICE

241439f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)